### BALDWIN *against* PROUTY.

IN ERROR, on *certiorari* to a justice's court.

The plaintiff in error, who was defendant in the court below, pleaded by way of set off, a judgment recovered by him against the plaintiff below, before another justice; and the plaintiff having, at the trial in the court below, proved his demand, the defendant in support of his set-off offered to prove, that the justice before whom the judgment in his favour was obtained, was dead; and also offered the original minutes of that judgment in the hand-writing of the justice, with proof to verify those minutes; but this evidence was excluded, and judgment was given in the court below for the defendant in error for the whole amount of his claim.

*Per Curiam.* The judgment was a good ground of set-off; and the evidence offered of the existence of that judgment was the best that the nature of the case would admit. The justice, therefore, erred in rejecting the evidence, and the judgment ought to be reversed.

Judgment reversed.